UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   3:24-CR-00173 |
| | ) | |
| | ) | JUDGE HOLMES |
| JAWUAN WITHERSPOON | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Henry C. Leventis, United States Attorney, and Joseph P. Montminy, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(E).  Here, the indictment alleges that the defendant unlawfully possessed a firearm as a previously convicted felon. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

The anticipated facts that will be introduced during a detention hearing are as follows: On January 28, 2024, Metro Nashville police responded to an apartment complex parking lot in reference to a potential domestic altercation.  An officer attempted to speak to the defendant, who was in possession of a firearm.  The defendant ran away from the officer and allegedly tossed the gun on the ground.  Law enforcement recovered the weapon.

Witherspoon is a previously convicted felon, and he appears to have amassed a conviction for Second Degree Murder.

Consequently, the position of the United States is that the defendant is a risk of flight and danger to the community.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:
  */s/ Joseph P. Montminy*
JOSEPH P. MONTMINY
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 3rd day of October, 2024.

*/s/Joseph P.Montminy*
Joseph P. Montminy

2

Case 3:24-cr-00173    Document 6    Filed 10/03/24    Page 2 of 2 PageID #: 8